UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALDINE PRATT, | No. 2:16-cv-00033-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

A status (pretrial scheduling) conference is currently set for May 12, 2016, at 2:30 p.m. ECF No. 4. The parties request the conference be continued to allow them to pursue private mediation of their case. ECF No. 10.

Under Federal Rule of Civil Procedure 16(b)(2), the court must issue a scheduling order "as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared." Defendant Life Insurance Company of North America appeared on March 10, 2016. Sixty days from that date is May 9, 2016.

The parties' brief discussion of a possible settlement does not allow the court to find that good cause supports their request to continue. "Litigation involving complex issues, multiple parties, and large organizations, public or private, may be more likely to need extra time,

1

. . . [b]ut in most cases it will be desirable to hold at least a first scheduling conference in the time set by the [Rule 16]." Fed. R. Civ. P. 16, Advisory Comm. Notes to 2015 Amendments.

The request to continue is DENIED.

IT IS SO ORDERED.

DATED: May 2, 2016

_____
UNITED STATES DISTRICT JUDGE