UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALDINE PRATT, | No. 2:16-CV-0033 KJM EFB |
| Plaintiff, | |
| v. | ORDER |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

On June 7, 2016, the court issued status (pretrial scheduling) order. The court's order set the following dates:

1. The Administrative Record and the Plan documents shall be provided to plaintiff by **June 15, 2016**, and filed with the court by **October 15, 2016**;

2. The parties disagree about the nature and extent of permissible discovery. Any motion for permission to conduct discovery shall be noticed to be heard on or before **November 4, 2016**;

3. Cross-motions for judgment shall be filed by each party no later than **April 1, 2017**;

4. Each party may file a response brief opposing the other party's Motion for Judgment no later than **May 17, 2017**; and

/////

/////

1

      5. Cross-motions for judgment will be heard on **June 16, 2017**, at 10:00 A.M., in Courtroom No. 3.

ECF No. 16.  On June 20, 2016, the parties objected to the court's order and requested the following dates, which according to the parties' stipulation are sixty days later than those set by the court's order:

      a. The Administrative Record and the Plan documents shall be provided to plaintiff by June 15, 2016 and filed with the Court on October 15, 2016;

      b. Plaintiff shall file any motion for permission to conduct discovery on or before November 1, 2016;

      c. Cross-motions for judgment shall be filed by each party no later than April 17, 2017;

      d. Each party may file a response brief opposing the other party's Motion for Judgment no later than May 17, 2017; and

      e. The Parties request a trial date/hearing on the cross-motions for judgment of June 7, 2017.

ECF No. 17.  These dates are not sixty later than those set by the court's order.  With the exception of the due date for cross-motions, they are the same or earlier.  The dates allow for the mediation the parties have scheduled.  The court therefore overrules the parties' objections with the following exception: the date by which cross-motions for judgment must be filed is EXTENDED to April 17, 2017.

      The parties' filings also suggest some confusion about the identity of the Magistrate Judge assigned to this case.  *See* ECF Nos. 5, 8, 13, 15, 17; *but see* ECF No. 11.  The Magistrate Judge assigned to this case is the Honorable Edmund F. Brennan.

      IT IS SO ORDERED.

DATED: June 22, 2016

_____
UNITED STATES DISTRICT JUDGE